UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Buffalo Wild Wings, Inc.,<br>a Minnesota corporation, | Civil File No. 09-CV-01426  (JMR/SRN) |
| Plaintiff, | |
| v. | |
| Buffalo Wings & Rings, LLC, | |
| Defendant. | |

**BUFFALO WILD WINGS' MOTION FOR
LEAVE TO AMEND AND TO SEEK PUNITIVE DAMAGES**

Plaintiff Buffalo Wild Wings, Inc. hereby moves the Court for an order for leave to amend its complaint to assert a claim that arose after the Court's November 1, 2009 deadline to amend pleadings and to seek punitive damages against Defendant Buffalo Wings & Rings, LLC.  Attached hereto as Exhibit 1 is redlined copy of the proposed Second Amended Complaint and a "clean" copy of the proposed Second Amended Complaint is attached as Exhibit 2.

This motion is based on Rules 15 and 16 of the Federal Rules of Civil Procedure, Minn. Stat. § 549.20, the accompanying Memorandum in Support, the Declaration of Laura L. Myers, the arguments of counsel, and all of the files, records, and proceedings herein.

Dated:  May 21, 2010

 s/ Laura L. Myers
Lora M. Friedemann (#259615)
lfriedemann @fredlaw.com
Laura L. Myers (#387116)
lmyers@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone:  (612) 492-7000
Facsimile:  (612) 492-7077

**Attorneys for Buffalo Wild Wings, Inc.**