UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Buffalo Wild Wings, Inc., a Minnesota corporation,<br><br>　　　　　Plaintiff,<br>v.<br><br>Buffalo Wings & Rings, LLC,<br><br>　　　　　Defendant. | Civil File No. 09-CV-01426  (JRT/SRN) |

**BUFFALO WILD WINGS' MOTION TO DISMISS OR STRIKE THIRD COUNTERCLAIM**

Plaintiff Buffalo Wild Wings, Inc. hereby moves the Court for an order dismissing or striking the "third counterclaim" in Defendant's Answer to Second Amended Complaint and Jury Demand, Docket No. 164.

This motion is based on Rules 12(f) and 15 of the Federal Rules of Civil Procedure, the accompanying Memorandum in Support, the arguments of counsel, and all of the files, records, and proceedings herein.

Dated:  September 30, 2010

　　　　　　　　　　　　　　　　　　　 s/ Lora M. Friedemann
　　　　　　　　　　　　　　　　　Lora M. Friedemann (#259615)
　　　　　　　　　　　　　　　　　lfriedemann @fredlaw.com
　　　　　　　　　　　　　　　　　Laura L. Myers (#387116)
　　　　　　　　　　　　　　　　　lmyers@fredlaw.com
　　　　　　　　　　　　　　　　　**FREDRIKSON & BYRON, P.A.**
　　　　　　　　　　　　　　　　　200 South Sixth Street, Suite 4000
　　　　　　　　　　　　　　　　　Minneapolis, MN  55402-1425
　　　　　　　　　　　　　　　　　Telephone:  (612) 492-7000
　　　　　　　　　　　　　　　　　Facsimile:  (612) 492-7077

　　　　　　　　　　　　　　　　　**Attorneys for Buffalo Wild Wings, Inc.**

4811731_1.DOC